UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br>    Petitioner,<br>    v.<br>ROBERT BURTON,<br>    Respondent. | Case No. 21-06566- EJD<br><br>**ORDER OF DISMISSAL** |

On August 17, 2021, Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. This matter was transferred to this district form the Eastern District on August 19, 2021. Dkt. No. 3. On August 25, 2021, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice i.e., no later than October 4, 2021, to avoid dismissal. Dkt. No. 5. The deadline has passed, and Petitioner has failed to file an IFP application in the time provided.[1] Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

---

[1] This matter was reassigned to this Court on September 28, 2021. Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: __11/8/2021_____



_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.21\06566.Hendon_dism-ifp.docx

2