UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br>   Petitioner,<br> v.<br>ROBERT BURTON,<br>   Respondent. | Case No. 21-06566 EJD<br><br>**ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT AND REOPENING CASE; GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION**<br><br>(Docket No. 12) |

On August 17, 2021, Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, in the Eastern District of California. Dkt. No. 1. The Eastern District transferred the matter to this district on August 19, 2021. Dkt. No. 3. On August 25, 2021, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 5. After the deadline passed without a response from Petitioner, the matter was reassigned to this Court on September 28, 2021. Dkt. No. 9. The Court dismissed the action for failure to pay the filing fee and entered judgment on November 9, 2021. Dkt. Nos. 10, 11.

On November 22, 2021, Petitioner filed a motion for an extension of time, asserting

that he never received the August 25, 2021 notice regarding the IFP application. Dkt. No. 12. The Court construes the motion also as a motion for reconsideration and GRANTS the motion for good cause shown.

The Clerk shall vacate the November 9, 2021, Order of Dismissal and Judgment, Dkts. No. 10 and 11, and reopen this case. Petitioner shall pay the $5.00 filing fee or file an IFP application **no later than twenty-eight (28) days** from the date this order is filed.

**Failure to respond in accordance with this order in the time provided shall again result in the dismissal of this action for failure to pay the filing fee.**

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: __11/24/2021_____       _____

EDWARD J. DAVILA
United States District Judge

Order Vacating Judgment and Reopening Action; Grant EOT to file IFP App.
P:\PRO-SE\EJD\HC.21\06566.Hendon_reopen.docx