UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br>   Petitioner,<br> v.<br>ROBERT BURTON,<br>   Respondent. | Case No. 21-cv-06566-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED the petition for a writ of habeas corpus and DENIED a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/10/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge